## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | Plaintiff | |
| vs. | | CASE NUMBER: 5:11-CV-931 (DNH/GHL) |
| ONE 2001 CHEVROLET TAHOE, VIN # 1GNEK13T61J279940 and ONE 2009 MERCEDES-BENZ C300, VIN # WDDGF81X29R053479 | Defendants | |

_____

**Decision by Court.**  This action came to hearing before the Court.  The issues have been heard and an Order Directing Entry of an Uncontested Judgment has been entered.

**IT IS ORDERED AND ADJUDGED** that all claims concerning the defendant vehicles are hereby barred and forever closed; that all right, title and interest to the defendant vehicles is hereby forfeited to the United States of America for disposition in accordance with law; that the United States Marshals Service shall dispose of the defendant property in accordance with law; and that the costs of this action are to be borne by the United States of America.

All of the above pursuant to the Order of the Honorable District Judge David N. Hurd, dated the 28th day of October, 2011.

DATED: November 2, 2011

Clerk of Court

s/ Melissa Ennis
Melissa Ennis
Deputy Clerk